**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6823**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GUY ANTHONY DILLARD,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CR-93-173, CA-97-589-R)

———————

Submitted:  November 5, 1998       Decided:  November 19, 1998

———————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Guy Anthony Dillard, Appellant Pro Se.  Joseph William Hooge Mott,
Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Guy Anthony Dillard seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Dillard v. United States, Nos. CR-93-173; CA-97-589-R (W.D. Va. Apr. 27, 1998). We deny Dillard's motion for reconsideration of his motion to remand and stay the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2